SAMUEL G. METCALF, as Receiver, etc., Appellant, *v.* JOSE A. DEL VALLE, Impleaded, etc., Respondent.

(Argued January 16, 1893; decided January 31, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 18, 1892, which affirmed a judgment in favor of defendant, entered upon an order of Special Term sustaining a demurrer to plaintiff's complaint.

*Charles A. Murphey* for appellant.

*L. S. Hulse* for respondent.

Agree to affirm on authority of *Bostwick* v. *Menck* (40 N. Y. 383) ; no opinion.

All concur, except EARL, J., dissenting.

Judgment affirmed.

---

MARY E. CONNER, as Administratrix, etc., Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued January 16, 1893; decided January 31, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 13, 1892, which overruled plaintiff's exceptions and directed judgment in favor of defendant upon a verdict.

*L. Laflin Kellogg* for appellant.

*David J. Dean* for respondent.

Agree to affirm on opinion of General Term.

All concur.

Judgment affirmed.